[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUGUST 19, 2010
JOHN LEY
CLERK

No. 09-16328
Non-Argument Calendar

_____

D.C. Docket No. 08-00363-CR-15-TWT-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ROBERTO GUILLEN,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Northern District of Georgia

_____

(August 19, 2010)

Before MARCUS, WILSON and KRAVITCH, Circuit Judges

PER CURIAM:

Robert H. Citronberg, appointed counsel for Guillen in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18

L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Guillen's conviction and sentence are **AFFIRMED**.